IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDALL WARD, SABRINA WARD AND RYAN FIELDS, | ) ) ) | 8:09CV34 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

        This matter is before the Court after receipt of the

report of parties' planning conference (Filing No. 9).

        IT IS ORDERED that a scheduling conference with the

undersigned will be held on:

                    **Thursday, May 7, 2009 at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th

Plaza, **OMAHA**, Nebraska,, to establish a final progression order

for this case.  The parties may participate by telephone by

notifying Judge Strom's office prior to said date.

        DATED this 13th day of April, 2009.

                                BY THE COURT:


                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court