IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDALL WARD, SABRINA WARD, and RYAN FIELDS, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV34 |
| v. | ) ) | |
| GENERAL CASUALTY INSURANCE COMPANY OF WISCONSIN, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 29).  Pursuant thereto,

IT IS ORDERED that the stipulation is approved and adopted; Ryan Fields is dismissed as plaintiff with prejudice, each party to pay their own costs.

DATED this 29th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court