IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
RANDALL WARD and SABRINA WARD,)
                              )
          Plaintiffs,         )         8:09CV34
                              )
     v.                       )
                              )
GENERAL CASUALTY INSURANCE    )         ORDER
COMPANY OF WISCONSIN,         )
                              )
          Defendant.          )
_____)
```

      This matter is before the Court on the stipulation for dismissal (Filing No. 35).  Pursuant thereto,

      IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs.

      DATED this 8th day of December, 2009.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court